1  RICHARD B. MAZER
   Law Offices of Richard B. Mazer
2  99 Divisadero Street
   San Francisco, CA  94117
3  Telephone:  (415) 621-4100

4  Attorney for Defendant
   JOHN THAT LUONG

5

6                    UNITED STATES DISTRICT COURT

7              FOR THE EASTERN DISTRICT OF CALIFORNIA

8

   UNITED STATES OF AMERICA,          )    Case No. CR 99-433 WBS
9                                     )
                   Plaintiff,         )    **STIPULATION ON PROPOSED**
10                                    )    **ORDER AMENDING FILING AND**
          vs.                         )    **HEARING SCHEDULE FOR**
11                                    )    **PRETRIAL MOTIONS**
   JOHN THAT LUONG,                   )
12                                    )
                   Defendants.        )
13 _____)

14        Counsel for defendant John That Luong will be undergoing eye surgery on October 19,

15 2005 and will be unable to meet the current  schedule for filing defendant's pretrial motion by

16 October 28, 2005. Counsel has spoken with AUSA William Wong who does not oppose revising

17 the prior schedule with the following dates:

18 Defendants' motion shall be filed no later than December 5, 2005.

19 The Government's responses are due January 17, 2006.

20 Defendants'  replies are due no later than January 31, 2006.

21 The motion shall be heard on Thursday February 9, 2006 at 2 pm.

22 //

23 //

24 //

25 //

26 //

27 //

28 //

                                    1

1    So Stipulated

2

3    Dated: October 21, 2005                      Respectfully submitted,

4

5                                                 /s/      Richard B. Mazer
                                                  RICHARD B. MAZER
6                                                 Attorney for John That Luong

7
                                                  /s/      Victor S. Haltom
8                                                 VICTOR S. HALTOM
                                                  Attorney for Minh- Huynh
9

10                                                /s/      Jeffery L. Staniels, AFD
                                                  JEFFERY L. STANIELS, AFD
11                                                Attorney for Thongsouk Theng Lattanaphon

12
                                                  /s/      James R. Greiner
13                                                JAMES R. GREINER
                                                  Attorney for Van Nguyen
14

15                                                /s/      Joseph J. Wiseman
                                                  JOSEPH J. WISEMAN
16                                                Attorney for Hoang Ai Le

17
                                                  /s/      Shari Rusk
18                                                SHARI RUSK
                                                  Attorney for Thy Chann
19

20

21   Dated: October 20, 2005
                                                  /s/      William Wong
22                                                AUSA

23   //

24   //

25   //

26   //

27   //

28   //

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR 99-433 WBS |
| Plaintiff, | )<br>)<br>) | **ORDER** |
| vs. | ) | |
| JOHN THAT LUONG, | )<br>) | |
| Defendants. | )<br>) | |
| _____ | ) | |

Good cause appearing and upon stipulation of the parties,

**IT IS HEREBY ORDERED** that the schedule for filing and hearing pretrial motion is

amended and the schedule proposed in the above stipulation is adopted:

All defendants' pretrial motions shall be filed no later than December 5, 2005.

The Government's responses are due January 17, 2006.

Defendants' replies are due no later than January 31, 2006.

The motions shall be heard on Thursday February 9, 2006 at 2 pm.


Dated: October 21, 2005

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3

1

2                            CERTIFICATE OF SERVICE

3            I, the undersigned, certify:

4            That I am over the age of eighteen years, and not a party to the within cause; I am

5    employed in the City and County of San Francisco, State of California; my business address

6    is 99 Divisadero Street, San Francisco, California 94117.

7            On this date I caused to be served on the interested parties hereto, a copy of:

8    **STIPULATION ON PROPOSED ORDER AMENDING FILING AND HEARING
     SCHEDULE FOR PRETRIAL MOTIONS**

9
     ( )      By placing a true copy thereof enclosed in a sealed envelope with postage thereon
10            fully prepaid, in the United States Mail at San Francisco, California, addressed as set
              forth below;

11
     ( )      By having a messenger personally deliver a true copy thereof to the person and/or
12            office of the person at the address set forth below.

13   ( )      By delivering a true copy thereof to "Federal Express" to be delivered to the person at
              the address set forth below.
14
                                     **[SEE ATTACHED LISTS]**
15
             I certify under penalty of perjury under the laws of the State of California that the
16   foregoing is true and correct to the best of my knowledge, and that this Certificate has been
     executed on October 21, 2005, at San Francisco, California.
17

18

19

20
                                                  /s/    Cherri Yeung
21                                                CHERRI YEUNG

22   //

23   //

24   //

25   //

26   //

27   //

28

                                                  4

1   //

2

3   James Ralph Greiner
    Law Offices of James R Greiner
4   555 University Avenue Suite 290
    Sacramento, CA 95825
5
    *Attorney for Son Van Nguyen*
6

7   Victor Stephen Haltom
    Victor S. Haltom
8   428 J Street Suite 350
    Sacramento, CA 95814
9
10  *Attorney for Minh- Huynh*

11

12  Shari Rusk
    Law Office of Shari Rusk
13  1710 Broadway #111
    Sacramento, CA 95818
14
    *Attorney for Thy Chann*
15

16  Jeffrey Lewis Staniels
    Office of the Federal Defender
17  801 I Street, 3d Floor
    Sacramento, CA 95814
18
19  *Attorney for Thongsouk Theng Lattanaphon*

20  Joseph J. Wiseman
    Joseph J. Wiseman
21  Professional Corporation
    1477 Drew Avenue, Suite 106
22  Davis, CA 95616
23  *Attorney for Hoang Ai Le*

24

25  William Sze Wong
    United States Attorney, Eastern District of California
26  501 I Street Suite 10-100
    Sacramento, CA 95814
27

28