```
McGREGOR W. SCOTT
United States Attorney
WILLIAM S. WONG
JASON HITT
Assistant U.S. Attorneys
501 I Street, Ste 10-100
Sacramento, CA 95814
Telephone (916) 554-2790
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-99-433-WBS |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER |
| JOHN THAT LUONG, et al., ) | DATE: March 30, 2006 |
| Defendant. ) | TIME: 2:00 p.m. |
| ) | CTRM: Honorable William B. Shubb |

The United States of America, through its counsels of record, McGregor W. Scott, United States Attorney for the Eastern District of California, and William S. Wong and Jason Hitt, Assistant United States Attorneys; defendant John That Luong, through his counsel, Richard Mazer, Esq.; defendant Son Van Nguyen, through his counsel, James R. Greiner, Esq.; defendant Thongsouk Lattanaphon, through his counsel, Jeffrey Staniels, Assistant Federal Defender; and defendant Hoang Ai Le, through his counsel, Joseph Wiseman, Esq.; stipulate and agree to the following revised motion schedule and exclusion of time under the Speedy Trial Act:

    1.    Government's response to defendants' motions to be filed on March 9, 2006;

1     2.   Defendants' reply, if any, to be filed by March 23, 2006; and

3     3.   Hearing on the motions March 30, 2006, at 2:00 p.m.

Counsel for the government needs additional time to research and prepare its responses to the defendants' motions. Counsel for the government is currently in trial and has been for the last few weeks in the case of <u>United States v. Slater, et al.</u>, CR-S-03-0371 MCE. Accordingly, the parties stipulate that time be excluded for the pendency of these motions pursuant to 18 U.S.C. § 3161(h)(1)(F) - delay resulting from any pretrial motion and 18 U.S.C. § 3161(h)(8)(B)(ii) - additional time to adequately prepare for pretrial proceedings.

                                        Respectfully submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney


DATED: February 6, 2006         By:/s/ William S. Wong
                                   WILLIAM S. WONG
                                   Assistant U.S. Attorney


DATED: February 6, 2006         By: /s/ Richard Mazer
                                    RICHARD MAZER for defendant
                                    John That Luong


DATED: February 7, 2006         By: /s/ James R. Greiner
                                    JAMES R. GREINER for defendant
                                    Son Van Nguyen


DATED: February 6, 2006         By: /s/ Jeffrey Staniels
                                    JEFFREY STANIELS, AFD, for
                                    defendant Thongsouk Lattanaphon

DATED: February 6, 2006          By: /s/ Joseph Wiseman
                                     JOSEPH WISEMAN for defendant
                                     Hoang Ai Le

_____

### ORDER

For the reasons set forth above, the revised law and motion schedule is adopted.  Furthermore, time is excluded for the reasons set forth above.

DATED:  February 7, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE