McGREGOR W. SCOTT
United States Attorney
WILLIAM S. WONG
JASON HITT
Assistant U.S. Attorneys
501 I Street, Ste 10-100
Sacramento, CA 95814
Telephone (916) 554-2790

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOHN THAT LUONG, et al., <br><br> Defendant. | CR. NO. S-99-433-WBS <br><br> STIPULATION AND ORDER <br><br> DATE: December 20, 2006 <br> TIME: 10:00 a.m. <br> CTRM: Honorable William B. Shubb |

The United States of America, through its counsels of record, McGregor W. Scott, United States Attorney for the Eastern District of California, and William S. Wong and Jason Hitt, Assistant United States Attorneys; defendant John That Luong, through his counsel, Richard Mazer, Esq., stipulate and agree to the following revised motion schedule regarding John That Luong's Motion for Reconsideration of His Motion to Dismiss the Indictment currently set for October 25, 2006 at 9:00 a.m.:

1. Government's opposition shall be filed no later than November 24, 2006;

2. Defendants' reply, if any, shall be filed no later than December 6, 2006; and

///

3.   Hearing on the motion set for December 20, 2006, at 10:00 a.m.

Counsel for the government needs additional time to research and prepare its responses to the defendant's motion.  Counsel for the government has just completed a lengthy trial in the case of <u>United States v. Huy Chi Luong, et al.</u>, CR-S-96-0350 WBS. Accordingly, the parties stipulate that time be excluded for the pendency of this motion pursuant to 18 U.S.C. § 3161(h)(1)(F) - delay resulting from any pretrial motion and 18 U.S.C. § 3161(h)(8)(B)(ii) - additional time to adequately prepare for pretrial proceedings.

                                      Respectfully submitted,

                                      McGREGOR W. SCOTT
                                      United States Attorney

DATED: October 13, 2006       By:<u>/s/ William S. Wong</u>
                                      WILLIAM S. WONG
                                      Assistant U.S. Attorney

DATED: October 13, 2006       By: <u>/s/ Richard Mazer</u>
                                      RICHARD MAZER for defendant
                                      John That Luong

_____

**ORDER**

For the reasons set forth above, the revised law and motion schedule is adopted.  Furthermore, time is excluded for the reasons set forth above.

DATED:  October 16, 2006

                           *[signature]*
                           WILLIAM B. SHUBB
                           UNITED STATES DISTRICT JUDGE