IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR S99-433 WBS |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| JOHN LUONG, ) | |
| Defendant. ) | |

Upon the application of the defendant John That Luong, there being no opposition by the United States Attorney, IT IS HEREBY ORDERED that insofar as it is consistent with the security needs of the Sacramento County Jail in which defendant is confined, and insofar as it is not inconsistent with the practices and policies of the United States Marshal in whose custody defendant is presently committed, defendant John That Luong shall be given an eye examination and a prescription for eye glasses which will correct the alleged substantial defects in his eyesight to the extent that he will be able to read standard sized print in documents.

DATED: December 28, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE