

# County of Sacramento

## Sheriff's Department
## Correctional Health Services

9616 Micron Ave., Suite 850A
Sacramento, CA 95827

John McGinness
Sheriff

**FILED** JAN 19 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

**FILED** JAN 2 2 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY DEPUTY CLERK

CR 99-433 WBS

# FAX TRANSMITTAL COVER SHEET

| | |
|---|---|
| DATE: 1/18/07 | |
| TO: Marco Rodriguez | FROM: Nancy Gallagher, SRN |
| FAX: 930-2050 | FAX: 916 875-9760 |
| PHONE: 930-2047 | PHONE: 916 875-9756 |
| | E-MAIL: GallagherN@SacCounty.net |

SUBJECT: Luong, John X 2125614

Per your request, this patient was seen by Dr Arikawa at the Main Jail to evaluate the need for refraction. The patient currently has glasses and his vision on Snellen is 20/20 and he is able to read the smallest print on the Jaeger Test. Please let me know how you would like me to proceed. New glasses at this point would be for cosmetic reasons only and not medical necessity.

*No further action required*
*WBS 1/22/2007*

Transmittal consists of ___ page(s) including the coversheet.

This message is intended only for use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify Correctional Health Services immediately by telephone and return the original message to this Office at the above address via the United States Postal Service. Thank you.

\\chserv01\users\gallaghern\My Documents\New Fax.doc