```
McGREGOR W. SCOTT
United States Attorney
WILLIAM S. WONG
JASON HITT
Assistant U.S. Attorneys
501 I Street, Ste 10-100
Sacramento, CA 95814
Telephone (916) 554-2790
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> JOHN THAT LUONG, et al., <br> Defendants. | Case No. CR-S-99-433-WBS <br><br> STIPULATION AND [~~PROPOSED~~] ORDER RESETTING BRIEFING SCHEDULE ON DEFENDANT JOHN LUONG'S MOTION TO RECONSIDER |

The United States of America, through its counsels of record, McGregor W. Scott, United States Attorney for the Eastern District of California, and William S. Wong and Jason Hitt, Assistant United States Attorneys; defendant John That Luong, through his counsel, Richard Mazer, Esq., stipulate and agree to the following revised motion schedule on defendant John Luong's pending motion to reconsider and exclusion of time under the Speedy Trial Act:

    1.   Defendants' reply, if any, to be filed by February 20, 2007; and

    2.   Hearing on the motion: March 12, 2007, at 9:30 a.m.

Counsel for the defendant needs additional time to research and prepare its response to the government's opposition. Accordingly,

1

the parties stipulate that time be excluded for the pendency of these motions pursuant to 18 U.S.C. § 3161(h)(1)(F) - delay resulting from any pretrial motion and 18 U.S.C. § 3161(h)(8)(B)(ii) - additional time to adequately prepare for pretrial proceedings.

```
                                    Respectfully submitted,

                                    McGREGOR W. SCOTT
                                    United States Attorney


DATED: February 2, 2007        By:/s/ Jason Hitt
                                   JASON HITT
                                   Assistant U.S. Attorney


DATED: February 2, 2007        By: /s/ Richard Mazer
                                   RICHARD MAZER for defendant
                                   John That Luong
                                   Telephonically authorized to
                                   sign for Mr. Mazer on 12/05/06
```

**ORDER**

For the reasons set forth above, the revised law and motion schedule is adopted.  Furthermore, time is excluded for the reasons set forth above.

DATED: February 5, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE