RICHARD B. MAZER
Law Offices of Richard B. Mazer
99 Divisadero Street
San Francisco, CA 94117
Telephone (415) 621-4100
Fax (415) 621-4111
Email: richardbmazer@yahoo.com

Attorney for Defendant
JOHN THAT LUONG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR S-99-433 WBS |
| Plaintiff, | ) | |
| | ) | **APPLICATION, ORDER, AND** |
| vs. | ) | **WRIT OF HABEAS CORPUS** |
| | ) | **AD TESTIFICANDUM** |
| JOHN THAT LUONG, | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the defendant herein by his counsel of record and represents and shows:

Defendant JOHN THAT LOUNG is requesting that witness **THY CHANN**, Federal Bureau of Prisons **Register # 92313-011** who is currently serving his sentence at Beaumont Federal Correction Complex, Maximum Security Prison, Texas, United States Prison, be produced in court for the jury trial in that said witness/prisoner is a necessary, material, and competent factual witness, and that in order to secure the attendance of said prisoner it is necessary that a Writ of Habeas Corpus Ad Testificandum be issued commanding the said Warden or Jailor to produce said prisoner in said Court, the Courtroom of the Honorable William B. Shubb. Courtroom #5, Fourteenth Floor, Robert T. Matsui United States Courthouse, 501 "I" Street, Sacramento, California, on November 2, 2007 at 9:00 a.m., in order that said defendant/prisoner may respond to and answer such questions as may be propounded to him during the course of the jury trial.

1

WHEREFORE, your petitioner prays for an order directing the issuance of a Writ of Habeas Corpus Ad Testificandum out of and under the seal of this Court, commanding said Warden or Jailor to have and produce said prisoner in said United States Courtroom on said date, then and there to respond to and answer such questions as may be propounded to him during the course of the hearing of he above-entitled case; and at the termination of said case to return to him forthwith to said above-mentioned institution.

I declare under penalty of perjury that the preceding information is true and correct.

Executed on October 23, 2007

        /s/ Richard B. Mazer
        RICHARD B. MAZER
        Attorney for Defendant
        JOHN THAT LUONG

## **ORDER**

Upon reading and filing the foregoing application in that behalf; IT IS ORDERED that a Writ of Habeas Corpus Ad Testificandum issue and as prayed for herein.

Dated: October 23, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

RICHARD B. MAZER
Law Offices of Richard B. Mazer
99 Divisadero Street
San Francisco, CA 94117
Telephone (415) 621-4100
Fax (415) 621-4111
Email: richardbmazer@yahoo.com

Attorney for Defendant
JOHN THAT LUONG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR S-99-433 WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **APPLICATION, ORDER, AND** |
| vs. | ) | **WRIT OF HABEAS CORPUS** |
| | ) | **AD TESTIFICANDUM** |
| JOHN THAT LUONG, | ) | |
| | ) | |
| Defendant. | ) | |
| ─────────────────────────── | ) | |

**THE PRESIDENT OF THE UNITED STATES OF AMERICA**

TO: The Warden, Sherriff, or Jailor of the Beaumont Federal Correction Complex, Maximum Security Prison, Texas, United States Prison at USP BEAUMONT U.S. PENITENTIARY P. O. BOX 26035 BEAUMONT, TX  77720, and to any United States Marshall.

**GREETING**

**WE COMMAND** on November 2, 2007 at 9:00 a.m. that you produce and deliver the person known **as THY CHANN Register # 92313-011**, now in your custody in the herein above mentioned institution, to the custody of the United States Marshall, or other authorized Federal

1 Agents, so that he may be brought before the United States District Court, Courtroom #5,
2 Fifteenth Floor, Robert T. Matsui United States Courthouse, 501 "I" Street, Sacramento,
3 California, forthwith and for the duration of the hearing of the above –entitled case, in order that
4 said prisoner may then and there respond to and answer to as a witness such questions as may be
5 asked of him in the course of said hearing; and at the termination of said hearing to return him
6 forthwith to said herein above mentioned institution.

WITNESS the Honorable William B. Shubb, Judge, United States District Court for the Eastern District of California.

Dated:  October 23, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Dated:                                                              _____
Deputy Clerk United Stated District Court
Eastern District of California