UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,

         Plaintiff,

   v.

JOHN THAT LUONG, et al.,

         Defendants.

NO. CR. 99-433 WBS

ORDER RE: PROPOSED JURY INSTRUCTION

----oo0oo----

In the memorandum submitted yesterday in support of the government's proposed jury instruction on felony murder it is stated on page 3 that,

> "The Model Ninth Circuit Jury Instruction for section 1111(a) was submitted by the government for the Court to properly instruct the jury on the first-degree felony murder rule."

The court is unable to find any relationship between the instruction submitted by the government at page 51 of its proposed instructions and any of the Model Ninth Circuit Jury Instructions.  The only model instructions defining murder appear

1

1 | to be 8.89 (first degree murder), and 8.90 (second degree
2 | murder), both of which define malice aforethought as acting
3 | either deliberately and intentionally or recklessly with extreme
4 | disregard for human life.
5 |     Before the close of business today, the government is
6 | requested to inform the court of which "Model Ninth Circuit Jury
7 | Instruction for section 1111(a) it believes it has submitted.
8 | DATED:  November 20, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE