RICHARD B. MAZER
Law Offices of Richard B. Mazer
99 Divisadero Street
San Francisco, CA 94117
Telephone (415) 621-4100
Fax (415) 621-4111
Email: richardbmazer@yahoo.com

Attorneys for Defendant
JOHN THAT LUONG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>JOHN THAT LUONG,<br><br>          Defendants. | NO. CR S-99-433-WBS<br><br>**STIPULATION AMENDING SCHEDULE FOR FILING AND HEARING POST-TRIAL MOTIONS** |

It is hereby stipulated by and between the parties that the dates for filing and hearing post-trial motions may be amended as follows:

1. Defendant's post trial motions currently scheduled to be filed no later than January 22, 2008 may be filed no later than January 29, 2008;

2. The government's response currently due to be filed by February 5, 2008 maybe be filed no later than February 12, 2008;

3. Defendant's reply currently scheduled to be filed by February 12, 2008 may be filed by February 19, 2008;

//
//
//

4. The hearing on the motion currently scheduled for February 19, 2008 maybe continued to February 25, 2008 **at 9:30 a.m.** (the sentencing date originally set by the court which has since been continued to April 28, 2008).

Dated: January 18, 2008                         Respectfully submitted,

/s/ Richard B. Mazer
RICHARD B. MAZER
Attorneys for Defendant
JOHN THAT LUONG

/s/ Christopher Haydn-Myer
CHRISTOPHER HAYDN-MYER
Attorneys for Defendant
MINH HUYNH

/s/ Jeffrey L. Staniels
JEFFREY L. STANIELS
Attorneys for Defendant
THONGSOUK THENG LATTANAPHON

/s/ Michael D. Long
MICHAEL LONG
Attorneys for Defendant
HOANG AI LE

/s/ Jason Hitt, William Wong
AUSA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR S-99-433-WBS |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| JOHN THAT LUONG, | ) | |
| Defendants. | ) | |

Good cause appearing and upon stipulations of the parties, the schedule for filing and hearing post trial motions is amended as follows:

1. Defendants' post trial motions may be filed no later than January 29, 2008;

2. The government's response maybe be filed no later than February 12, 2008;

3. Defendants' replies may be filed by February 19, 2008;

4. The hearing on defendants' post trial motions is continued to February 25, 2008 **at 9:30 a.m.**

DATED: January 23, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3