```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  WILLIAM S. WONG
    JASON HITT
 3  Assistant U.S. Attorneys
    501 I Street, Ste 10-100
 4  Sacramento, CA 95814
    Telephone (916) 554-2790
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA       ) CR. NO. S-99-433-WBS
                                   )
12             Plaintiff,          ) STIPULATION AND [PROPOSED] ORDER
                                   ) TO CONTINUE HEARING ON POST TRIAL
13        v.                       ) MOTIONS
                                   )
14  JOHN THAT LUONG, et al.,       )
                                   ) DATE: March 23, 2009
15             Defendants.         ) TIME: 8:30 a.m.
    _____    ) CTRM: Honorable William B. Shubb
16
```

17     The United States of America, through its counsels of record, McGregor W. Scott, United States Attorney for the Eastern District of California, and William S. Wong and Jason Hitt, Assistant United States Attorneys; defendant John That Luong, through his counsel, Richard Mazer, Esq.; defendant Thongsouk Lattanaphon, through his counsel, Jeffrey Staniels, Asst. Fed. Def.; defendant Minh Huynh, through his counsel, Christopher Haydn-Myer, Esq.; and defendant Hoang Ai Le, through his counsel, Michael Long, Esq., hereby stipulate and agree that the hearing on post trial motions set for March 23, 2009, at 8:30 a.m. should be continued to May 18, 2009, at 9:00 a.m.

       Defendants John That Luong and Hoang Ai Le (as well as Mady

1

| | |
|---|---|
| 1 | Chan and Huy Chi Luong) are currently in the Northern District of |
| 2 | California for resentencing before the Honorable Marilyn Patel, U.S. |
| 3 | District Court Judge.  Assistant U.S. Attorney Robert Rees has |
| 4 | advised the government that a three-hour sentencing hearing was |
| 5 | conducted on March 13, 2009, but did not conclude and was continued |
| 6 | to March 20, 2009, as a tentative date.  The government was |
| 7 | contacted by a probation officer in the Northern District who |
| 8 | advises that Judge Patel is desirous of an updated/revised |
| 9 | presence report for the defendants before the resentencing.  On |
| 10 | March 19, 2009, Assistant U.S. Attorney Rees emailed the government |
| 11 | and advised that the tentative resentencing date of March 20, 2009 |
| 12 | needs to be rescheduled to allow additional time for the parties and |
| 13 | the probation officer to complete their tasks.  The defendants are |
| 14 | currently in San Francisco and are not available for post trial |
| 15 | motions and resentencing in the Eastern District of California. |

Counsel for the government is scheduled for knee surgery on April 3, 2009, and will not be available until sometime near the end of April. Accordingly, the parties have agreed to continue the post trial motions and resentencing to May 18, 2009, at 9:00 a.m.

Respectfully submitted,

LAWRENCE G. BROWN
Acting United States Attorney

DATED: March 19, 2009     By: /s/ William S. Wong
                              WILLIAM S. WONG
                              Assistant U.S. Attorney

DATED: March 19, 2009     By: /s/ Jason Hitt
                              JASON HITT
                              Assistant U.S. Attorney

DATED: March 19, 2009     By: /s/ Richard Mazer
                              RICHARD MAZER for defendant
                              John That Luong

| | | |
|---|---|---|
| DATED: March 19, 2009 | By: | /s/ Jeffrey Staniels<br>JEFFREY STANIELS for defendant Thongsouk Lattanaphon |
| DATED: March 19, 2009 | By: | /s/ Christopher Haydn-Myer<br>CHRISTOPHER HAYDN-MYER for defendant Minh Huynh |
| DATED: March 19, 2009 | By: | /s/ Michael Long<br>MICHAEL LONG for defendant Hoang Ai Le |

**ORDER**

For the reasons set forth above, it is hereby ordered that this matter be set for May 18, 2009, at 9:00 a.m.

DATED: March 19, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE