```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  WILLIAM S. WONG
    JASON HITT
 3  Assistant U.S. Attorneys
    501 I Street, Ste 10-100
 4  Sacramento, CA 95814
    Telephone (916) 554-2790
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9           FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA     ) CR. NO. S-99-433-WBS
                                 )
12              Plaintiff,       ) AMENDED STIPULATION AND [PROPOSED]
                                 ) ORDER TO CONTINUE HEARING ON POST
13        v.                     ) TRIAL MOTIONS
                                 )
14  JOHN THAT LUONG, et al.,     )
                                 ) DATE: March 23, 2009
15              Defendants.      ) TIME: 8:30 a.m.
    _____) CTRM: Honorable William B. Shubb
16
```

17    The United States of America, through its counsels of record,
18 Lawrence G. Brown, Acting United States Attorney for the Eastern
19 District of California, and William S. Wong and Jason Hitt,
20 Assistant United States Attorneys; defendant John That Luong,
21 through his counsel, Richard Mazer, Esq.; defendant Thongsouk
22 Lattanaphon, through his counsel, Jeffrey Staniels, Asst. Fed. Def.;
23 defendant Minh Huynh, through his counsel, Christopher Haydn-Myer,
24 Esq.; and defendant Hoang Ai Le, through his counsel, Michael Long,
25 Esq., hereby stipulate and agree that the hearing on post trial
26 motions set for March 23, 2009, at 8:30 a.m. should be continued to
27 May 4, 2009, at 9:00 a.m.  Counsel for the government incorrectly
28 requested the post trial motions be set for May 18 in its original

1

Stipulation and Order to continue hearing on post trial motions.

Defendants John That Luong and Hoang Ai Le (as well as Mady Chan and Huy Chi Luong) are currently in the Northern District of California for resentencing before the Honorable Marilyn Patel, U.S. District Court Judge. Assistant U.S. Attorney Robert Rees has advised the government that a three-hour sentencing hearing was conducted on March 13, 2009, but did not conclude and was continued to March 20, 2009, as a tentative date. The government was contacted by a probation officer in the Northern District who advises that Judge Patel is desirous of an updated/revised presentence report for the defendants before the resentencing. On March 19, 2009, Assistant U.S. Attorney Rees emailed the government and advised that the tentative resentencing date of March 20, 2009 needs to be rescheduled to allow additional time for the parties and the probation officer to complete their tasks. The defendants are currently in San Francisco and are not available for post trial motions and resentencing in the Eastern District of California.

Counsel for the government is scheduled for knee surgery on April 3, 2009, and will not be available until sometime near the end of April. Counsel for defendant John That Luong, Richard Mazer, Esq., will not be available after the May 4 date and will be in a long protracted trial that will last several months and thus requests the May 4 date in order to accommodate his calendar. Accordingly, the parties have agreed to continue the post trial motions and resentencing to May 4, 2009, at 9:00 a.m.

                Respectfully submitted,

                LAWRENCE G. BROWN
                Acting United States Attorney

| | | |
|---|---|---|
| DATED: March 25, 2009 | By: | /s/ William S. Wong<br>WILLIAM S. WONG<br>Assistant U.S. Attorney |
| DATED: March 25, 2009 | By: | /s/ Jason Hitt<br>JASON HITT<br>Assistant U.S. Attorney |
| DATED: March 25, 2009 | By: | /s/ Richard Mazer<br>RICHARD MAZER for defendant<br>John That Luong |
| DATED: March 25, 2009 | By: | /s/ Jeffrey Staniels<br>JEFFREY STANIELS for defendant<br>Thongsouk Lattanaphon |
| DATED: March 25, 2009 | By: | /s/ Christopher Haydn-Myer<br>CHRISTOPHER HAYDN-MYER for<br>defendant Minh Huynh |
| DATED: March 25, 2009 | By: | /s/ Michael Long<br>MICHAEL LONG for defendant<br>Hoang Ai Le |

**ORDER**

For the reasons set forth above, it is hereby ordered that this matter be reset for May 4, 2009, at 9:00 a.m.

DATED: March 25, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE