BENJAMIN B. WAGNER
United States Attorney
WILLIAM S. WONG
Assistant U.S. Attorney
501 I Street, Ste 10-100
Sacramento, CA 95814
Telephone (916) 554-2790

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JOHN THAT LUONG, et al.,<br><br>  Defendants. | CR. NO. S-99-433-WBS<br><br>GOVERNMENT'S <u>REVISED</u> REQUEST FOR ADDITIONAL TIME TO FILE ITS OPPOSITION TO DEFENDANT JOHN THAT LUONG'S MOTION TO DISMISS RE: PINKERTON THEORY AND HOBBS ACT, AND MOTION TO DISMISS THE INDICTMENT |

The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and William S. Wong, Assistant United States Attorney, hereby submits this <u>revised</u> request for additional time to file its opposition to defendant John That Luong's motion to dismiss re: Pinkerton Theory and Hobbs Act, and motion to dismiss the indictment.

On December 3, 2009, this Court issued an order for the government to file its opposition to defendant John That Luong's motion to dismiss the indictment (Ct. dkt. 1348) and motion to dismiss re: Pinkerton Theory/Hobbs Act (Ct. dkt. 1353) on or before December 21, 2009.

The court granted the government's request to file its opposition on December 31, 2009.  However, on December 29, 2009 counsel for defendant John That Luong emailed the government informing the parties that because of a conflict in his schedule with a RICO case in Fresno, defendant Luong is requesting a change in the sentencing date of January 19, 2010.  After an exchange of emails and telephone calls, defendant Luong's counsel, Richard Mazer, and the government spoke on telephone on Tuesday, December 29, 2009.  During this conversation, government's counsel agreed to not oppose the request by defendant Luong to continue the sentencing date to February 22, 2010, or later, depending on the court's availability.  Furthermore, counsel for the government requested a change in the dates for the filing of the government's opposition and the defendant's reply, if any, because of the change in the sentencing date, due to the short staff at the U.S. Attorney's Office during the holidays, and to give the government additional time to respond considering the holiday season.  Defendant Luong's counsel, Richard Mazer, had no objection to a revised motion schedule in light of the anticipated change in the sentencing date.

Counsel for the government respectfully requests additional time to February 5, 2010, to file its opposition to the aforesaid motions filed by the defendant John That Luong.

The defendant's sentencing date is presently set for January 19, 2010, but it is anticipated that it will be re-scheduled to a date subsequent to February 22, 2010.  The government can have its opposition filed by February 5, 2010.  The defendant's reply, if any, could be filed by February 12, 2010, and the hearing on the motions could be heard at the time of sentencing to be scheduled by

the court on a date subsequent to February 22, 2010.

                                           Respectfully submitted,

                                           BENJAMIN B. WAGNER
                                           United States Attorney

DATED: December 31, 2009        By: /s/ William S. Wong
                                            WILLIAM S. WONG
                                           Assistant U.S. Attorney

## **ORDER**

For the foregoing reasons and good cause having been shown, the government's opposition are now due on **February 5, 2010**. The defendant's reply, if any, is ordered to be filed on **February 19, 2010**, and the hearing on the motions to be set by the court.

DATED:   January 6, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE