IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR S99-433 WBS |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| JOHN LUONG, | ) | |
| Defendant. | ) | |

Good cause appearing and upon motion of the defendant John Thuat Luong, joined in by defendants Minh Huynh and Thongsouk Lattanaphom, it is hereby ordered that the sentencing and pending motions of Defendants Luong, Huynh, and Lattanaphom are continued from January 19, 2010 until March 1, 2010 at 9:00 AM.  At the request of defendant Hoang Ai Le, the sentencing as to defendant Le shall remain set for January 19, 2010 at 9:00 AM .

This continuance is required because counsel for defendant Luong has an appearance in the United States District Court for the Eastern District of California in Fresno on the date of January 19, 2010.

Dated:  January 6, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1