KAREN L. LANDAU
2626 Harrison St.
Oakland, CA 94612
(510) 839-9230 x 14
Email: karenlandau@karenlandau.com

Attorney for Defendant John That Luong

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | No. CR-99-433-01 WBS |
| Plaintiff, | ORDER |
| v. | |
| **JOHN THAT LUONG**, | |
| Defendant. | |

Good cause appearing, the Court grants the motion of appointed counsel, Karen L. Landau, for leave to withdraw. The United States Attorney shall take the appropriate steps to have defendant brought before the court for resentencing pursuant to the mandate of the United States Court of Appeals for the Ninth Circuit.

IT IS SO ORDERED.

Dated: October 29, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Dkt. No. CR-99-433-WBS
Proposed Order re Motion of Counsel for Leave to Withdraw