UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JOHN THAT LUONG,<br><br>        Defendant. | No. 2:99-cr-433-01 WBS<br><br>**ORDER** |

Good cause appearing, the court accepts defendant John Luong's waiver of appearance for resentencing proceedings and directs the United States Attorney's Office to make arrangements to have Mr. Luong returned to federal prison.

IT IS SO ORDERED.

Dated:  May 19, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1