IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>vs<br>John That Luong | Case №: 2:99-cr-00433-01 WBS<br><br>**O R D E R**<br>**APPOINTING COUNSEL** |

    The above named defendant has satisfied this Court that he/she is financially unable to obtain counsel and wishes counsel be appointed to represent him/her for a consultation. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

    IT IS HEREBY ORDER that Etan Zaitsu is appointed to represent the above defendant in this case effective *nunc pro tunc* to August 7, 2023.

Dated: August 9, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE