Alexis Haller CSBN 201210
LAW OFFICE OF ALEXIS HALLER
7960B Soquel Drive, #130
Aptos, California 95003
Telephone: (831) 685-4730
Facsimile: (831) 603-4041
E-mail: ahaller@ahlawoffice.com

Attorney for John That Luong

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:99-cr-00433-01 WBS |
|---|---|
| Plaintiff, | **ORDER GRANTING DEFENDANT JOHN THAT LUONG'S REQUEST TO EXPAND THE SCOPE OF APPOINTED COUNSEL'S REPRESENTATION** |
| vs. | |
| JOHN THAT LUONG, MINH HUYNH, THY CHANN, and THONGSOUK THENG LATTANAPHOM, | |
| Defendants. | |

Pursuant to defendant John That Luong's request dated January 30, 2024, the scope of Mr. Alexis Haller's representation of Mr. Luong is expanded to including the preparation of briefing and the presentation of oral argument, if any, related to the issue of whether Mr. Luong may be resentenced. This order shall be nunc pro tunc to January 1, 2024.

IT IS SO ORDERED.

Dated: January 31, 2024

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE