UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:99-cr-433-WBS-1 |
| Plaintiff, | |
| v. | ORDER |
| JOHN THAT LUONG, | |
| Defendant. | |

----oo0oo----

Defendant John That Luong has filed a pro se motion for amended judgment. (Docket No. 2086.) The United States shall file any opposition to defendant's motion no later than sixty (60) days from the date of this order. Defendant may file a reply no later than thirty (30) days from the date of the filing of the United States' opposition. After briefing is complete, the court

1

will take the motion under submission and will inform the parties if oral argument or further proceedings are necessary.

   IT IS SO ORDERED.

Dated: September 17, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE