IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| UNITES STATES OF AMERICA, | ) ) | Case №: 2:99-cr-00433-01 WBS |
| Plaintiff, | ) ) ) | **O R D E R** **APPOINTING COUNSEL** |
| vs | ) ) |  |
| JOHN THAT LUONG, | ) ) |  |
| Defendant. | ) |  |

The above-named defendant has satisfied this Court that he is financially unable to obtain counsel and wishes counsel be appointed to represent him for his Motion to Amend the Judgment. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDER that Alexis Haller is appointed to represent the above defendant in this case effective *nunc pro tunc* to  January 9, 2026.

Dated:  January 12, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE