Alexis Haller CSBN 201210
LAW OFFICE OF ALEXIS HALLER
7960B Soquel Drive, #130
Aptos, California 95003
Telephone: (831) 685-4730
Facsimile: (831) 603-4041
E-mail: ahaller@ahlawoffice.com

Attorney for John That Luong

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN THAT LUONG,<br><br>Defendant. | No. 2:99-CR-00433-01-WBS<br><br>**STIPULATION AND ORDER CONTINUING HEARING DATE FOR DEFENDANT JOHN THAT LUONG'S MOTION FOR AMENDMENT OF JUDGMENT** |

Defendant John That Luong ("Luong") and the United States, by and through their respective attorneys of record, hereby stipulate and agree as follows:

1.      On September 15, 2025, Luong filed his motion for amendment of judgment. Dkt. 2086. The government filed its opposition to the motion on November 17, 2025, and Luong filed his reply on December 9, 2025. Dkts. 2088, 2090.

2.      On January 12, 2026, the Court appointed Mr. Alexis Haller to represent Luong with respect to the motion to amend the judgment. Dkt. 2092.

3.      Also on January 12, 2026, the Court set the motion to amend the judgment for oral argument on February 9, 2026, at 10:00 a.m. Dkt. 2093.

4.      Mr. Haller represents that he has been attempting to schedule a confidential attorney-client telephone call with Mr. Luong prior to the scheduled oral argument date, but he has been unable to do so despite multiple attempts.

1

5.    To provide sufficient time for attorney-client communications prior to the oral argument, the parties agree that the oral argument date should be continued from February 9, 2026, at 10:00 a.m., to March 16, 2026, at 10:00 a.m.

Dated: February 4, 2026                              Respectfully submitted,


                                        /s/ *Alexis Haller*
                                        Alexis Haller
                                        Attorney for John That Luong

                                         /s/ *Jason Hitt*
                                        Jason Hitt
                                        Assistant United States Attorney


## ORDER

Pursuant to the parties' stipulation, and good cause appearing therefore, the date for the oral argument regarding Defendant Luong's motion to amend the judgment is hereby continued from February 9, 2026, at 10:00 a.m., to **March 16, 2026, at 10:00 a.m.**


Dated:  February 4, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2