Alexis Haller CSBN 201210
LAW OFFICE OF ALEXIS HALLER, P.C.
7960B Soquel Drive, #130
Aptos, California 95003
Telephone: (831) 685-4730
Facsimile: (831) 603-4041
E-mail: ahaller@ahlawoffice.com

Attorney for John That Luong

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN THAT LUONG,<br><br>Defendant. | No. 2:99-CR-00433-01 WBS<br><br>**STIPULATION AND ORDER CONTINUING HEARING DATE AND SETTING REPLY DEADLINE FOR DEFENDANT JOHN THAT LUONG'S MOTION FOR AMENDMENT OF JUDGMENT** |

Defendant John That Luong ("Luong") and the United States, by and through their respective attorneys of record, hereby stipulate and agree as follows:

1.      On September 15, 2025, Luong filed his motion for amendment of judgment. Dkt. 2086.  The government filed its opposition to the motion on November 17, 2025, and Luong filed his reply on December 9, 2025.  Dkts. 2088, 2090.

2.      On January 12, 2026, the Court appointed Mr. Alexis Haller to represent Luong with respect to the motion to amend the judgment.  Dkt. 2092.

3.      Also on January 12, 2026, the Court set the motion to amend the judgment for oral argument on February 9, 2026, at 10:00 a.m.  Dkt. 2093.  Pursuant to stipulation (Dkt. 2094), the Court thereafter continued the oral argument date to March 16, 2026.  Dkt. 2095.

4.      On March 11, 2026, the parties were advised that the Court requested counsel for Luong to file a reply to the government's opposition.

1

5.    To allow adequate time for counsel to prepare and file the reply, the parties stipulate to a brief continuance of the oral argument and request that the Court set the following schedule:

a.    Counsel for Luong shall file a reply to the government's opposition no later than **March 23, 2026.**

b.    The hearing on Luong's motion to amend the judgment, currently set for March 16, 2026, shall be continued to **<u>March 30, 2026, at 10:00 a.m.</u>**

Dated: March 11, 2026                         Respectfully submitted,


/s/ *Alexis Haller*
Alexis Haller
Attorney for John That Luong

*/s/ Jason Hitt*
Jason Hitt
Assistant United States Attorney


### ORDER

Pursuant to the parties' stipulation, and good cause appearing therefor, counsel for Defendant Luong shall file a reply to the government's opposition no later than March 23, 2026. The date for the oral argument regarding Defendant Luong's motion to amend the judgment is hereby continued from March 16, 2026, to **March 30, 2026, at 10:00 a.m.**


Dated:  March 11, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2