Alexis Haller CSBN 201210
LAW OFFICE OF ALEXIS HALLER, P.C.
7960B Soquel Drive, #130
Aptos, California 95003
Telephone: (831) 685-4730
Facsimile: (831) 603-4041
E-mail: ahaller@ahlawoffice.com

Attorney for John That Luong

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN THAT LUONG,<br><br>Defendant. | No. 2:99-CR-00433-01 WBS<br><br>**STIPULATION AND ORDER REGARDING AMENDED JUDGMENT** |

Defendant John That Luong ("Luong") and the United States, by and through their respective attorneys of record, hereby stipulate and agree as follows:

1.  On March 8, 2010, the Court entered a Judgment in a Criminal Case following Luong's sentencing on nine counts of conviction.  Dkt. 1411.

2.  On appeal, the Ninth Circuit affirmed in part, reversed in part, and remanded. The Ninth Circuit directed the district court to vacate the conviction and sentence on Count 2 and to vacate and resentence on Count 5.  Dkt. 1624.

3.  On April 20, 2016, the Court granted Luong's motion to dismiss Counts 2, 3, 5, 7, and 9 of the Indictment pursuant to *Johnson v. United States*, 576 U.S. 591 (2015).  Dkt. 1698. No amended judgment was entered at that time.

4.  The government appealed the Order dismissing Counts 2, 3, 5, 7, and 9.  Dkt. 1704.  On July 27, 2020, the Ninth Circuit dismissed the appeal for failure to prosecute.  Dkt.

1

2062-5.

5. On June 21, 2024, the Court concluded that it lacked authority to resentence Luong on Counts 1, 4, 6, and 8. Dkt. 2072.

6. On September 15, 2025, Luong filed a motion to amend the judgment. Dkt. 2086.

7. On March 30, 2026, the Court held a hearing on the motion. The government concurred in the relief sought, and the Court ordered the parties to submit a stipulation and proposed order no later than April 13, 2026. Dkt. 2099.

8. In light of the Court's April 20, 2016 Order, the parties agree that the judgment entered on March 8, 2010 should be amended as follows:

    a. The counts of conviction should reflect only Counts 1, 4, 6, and 8;

    b. Counts 2, 3, 5, 7, and 9 should be reflected as dismissed pursuant to the Court's Order of April 20, 2016 (Dkt. 1698);

    c. The imprisonment section should reflect a total term of 240 months as to each of Counts 1, 4, 6, and 8, to be served concurrently with each other;

    d. The supervised release section should remain unchanged; and

    e. The criminal monetary penalties section should reflect a total special assessment of $200.00 (representing $50.00 per count on each of Counts 1, 4, 6, and 8).

9. This stipulation is entered into for the purpose of amending the judgment to accurately reflect the dismissal of Counts 2, 3, 5, 7, and 9 and the corrected special assessment. The parties agree that the entry of an amended judgment pursuant to this stipulation does not constitute a resentencing.

IT IS SO STIPULATED.

Dated: April 13, 2026                Respectfully submitted,

                        /s/ *Alexis Haller*
                        Alexis Haller
                        Attorney for John That Luong

                        /s/ *Jason Hitt*
                        Jason Hitt
                        Assistant United States Attorney

**ORDER**

The Court, having considered Defendant Luong's motion to amend the judgment (Dkt. 2086) and the parties' stipulation, HEREBY ORDERS as follows:

1.  The Clerk of Court shall enter an Amended Judgment in a Criminal Case reflecting the following:

    a.  Defendant stands convicted on Counts 1, 4, 6, and 8 of the Indictment;

    b.  Counts 2, 3, 5, 7, and 9 of the Indictment were dismissed by Order of the Court dated April 20, 2016 (Dkt. 1698);

    c.  The imprisonment section of the Amended Judgment shall reflect a total term of 240 months as to each of Counts 1, 4, 6, and 8, to be served concurrently with each other;

    d.  The terms and conditions of supervised release as set forth in the original judgment (Dkt. 1411) remain unchanged;

    e.  The total special assessment is $200.00; and

    f.  All other terms and conditions of the original judgment not inconsistent with this Order remain in effect.

2.  The U.S. Marshal shall serve a copy of the Amended Judgment on the Bureau of Prisons.

IT IS SO ORDERED.

Dated:  April 13, 2026

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE