Alexis Haller CSBN 201210
LAW OFFICE OF ALEXIS HALLER, P.C.
7960B Soquel Drive, #130
Aptos, California 95003
Telephone: (831) 685-4730
Facsimile: (831) 603-4041
E-mail: ahaller@ahlawoffice.com

Attorney for John That Luong

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN THAT LUONG,<br><br>Defendant. | No. 2:99-CR-00433-01 WBS<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE RE: AMENDED JUDGMENT** |

Defendant John That Luong ("Luong") and the United States, by and through their respective attorneys of record, hereby stipulate and agree as follows:

1.     On September 15, 2025, Luong filed his motion for amendment of judgment. Dkt. 2086. The government filed its opposition to the motion on November 17, 2025, and Luong filed his reply on December 9, 2025. Dkts. 2088, 2090. Luong filed a supplemental reply on March 23, 2026. Dkt. 2098.

2.     On March 30, 2026, the Court held a hearing on the motion. Because the government concurred with the relief requested, the Court ordered the parties to submit a stipulation and proposed order by April 13, 2026. Dkt. 2099. On April 13, 2026, the parties filed a stipulation and proposed order (Dkt. 2100), which the Court signed on even date. Dkt. 2101.

3.     The Court thereafter indicated to the parties that it wished to address issues

1

related to supervised release, with the participation of the United States Probation Office. Consequently, on April 16, 2026, the Court set a status conference for May 4, 2026, at 10:00 a.m., to address such matters. Dkt. 2102.

4.    Mr. Haller represents that he has been attempting to schedule a confidential attorney-client telephone call with Mr. Luong prior to the status conference, but he has been unable to do so despite multiple attempts.

5.    To provide sufficient time for attorney-client communications prior to the status conference, the parties agree that the status conference date should be continued from May 4, 2026, at 10:00 a.m., to June 1, 2026, at 10:00 a.m.

Dated: April 29, 2026                                    Respectfully submitted,


                                        /s/ *Alexis Haller*
                                        Alexis Haller
                                        Attorney for John That Luong

                                         /s/ *Jason Hitt*
                                        Jason Hitt
                                        Assistant United States Attorney


### ORDER

Pursuant to the parties' stipulation, and good cause appearing therefor, the date for the status conference regarding the amended judgment is hereby continued from May 4, 2026, at 10:00 a.m., to **June 1, 2026, at 10:00 a.m.**


Dated: April 30, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2