Alexis Haller CSBN 201210
LAW OFFICE OF ALEXIS HALLER, P.C.
7960B Soquel Drive, #130
Aptos, California 95003
Telephone: (831) 685-4730
Facsimile: (831) 603-4041
E-mail: ahaller@ahlawoffice.com

Attorney for John That Luong

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>       vs.<br><br>JOHN THAT LUONG,<br><br>             Defendant. | No. 2:99-CR-00433-WBS<br><br>**STIPULATION AND ORDER VACATING STATUS CONFERENCE AND CONFIRMING SUPERVISED RELEASE PROVISION OF AMENDED JUDGMENT** |

Defendant John That Luong ("Luong") and the United States, by and through their respective attorneys of record, hereby stipulate and agree as follows:

1.   On April 13, 2026, the parties filed a stipulation and proposed order providing for entry of an amended judgment to reflect the dismissal of Counts 2, 3, 5, 7, and 9 and a corrected special assessment.  Dkt. 2100.  The Court signed the order the same day.  Dkt. 2101.

2.   Before the amended judgment was entered, a question arose regarding the supervised release provision of the original judgment (Dkt. 1411).  The Court set a status conference, later continued to June 1, 2026, to address supervised release with the participation of the United States Probation Office.  Dkts. 2102, 2104.

3.   With the concurrence of the United States Probation Office, Luong and the United States agree that the amended judgment should contain the following language regarding supervised release, which is identical to the original judgment (Dkt. 1411): "Supervised release:

1

No terms or conditions of supervised release are imposed as ordered by the Court, unless defendant's sentence is overturned and defendant is sentenced to a term of less than Life, at which time the court will then reconsider said sentence as is appropriate."

4.      The parties agree that the condition stated in the foregoing provision has not occurred.   Reconsideration of supervised release is triggered only if Luong's sentence is overturned and he is then resentenced to a term of less than Life.   Luong has not been resentenced, and the Court has determined that it lacks authority to resentence him.  Dkt. 2072. The entry of an amended judgment does not constitute a resentencing and does not trigger reconsideration of supervised release.

5.      The parties further agree that the status conference currently scheduled for June 1, 2026, at 10:00 a.m., should be vacated.

IT IS SO STIPULATED.

Dated: May 29, 2026                                Respectfully submitted,


/s/ *Alexis Haller*
Alexis Haller
Attorney for John That Luong


/s/ *Jason Hitt*
Jason Hitt
Assistant United States Attorney


The United States Probation Office has reviewed the foregoing and concurs.


Dated: May 29, 2026                                /s/ *Julie Besabe*
Julie Besabe
United States Probation Officer

2

**ORDER**

The Court, having considered the parties' stipulation and the concurrence of the United States Probation Office, and good cause appearing, HEREBY ORDERS as follows:

1. The status conference set for June 1, 2026 is VACATED.

2. The supervised release section of the Amended Judgment shall read as set forth in paragraph 3 of the parties' stipulation.

3. In all other respects, the Court's April 13, 2026 Stipulation and Order (Dkt. 2101) remains in effect, and the Clerk of Court shall enter the Amended Judgment as directed therein.

IT IS SO ORDERED.

Dated: May 29, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE